NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAUL DELAROSA,                      )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D16-4167
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____    )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and
Anthony W. Surber, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.